1
2
3
4
5
6
7          **UNITED STATES DISTRICT COURT**
8             **DISTRICT OF NEVADA**
9
10   UNITED STATES OF AMERICA,
11          Plaintiff,                    Case No. 2:94-cr-00218-LDG
12   v.                                   **ORDER**
13   LEO LIONEL ALVAREZ,
14          Defendant.
15   _____
16          The defendant, Leo Lionel Alvarez, has sent a letter to the Clerk of the Court
17   requesting a suspension of the requirement that he pay a fine (#55).  The Court will treat
18   the letter as a motion to the Court and will deny it.  Accordingly, for good cause shown,
19          THE COURT **ORDERS** that Defendant's Request to Suspend Payment of Fine
20   (#55) is DENIED.
21
22   DATED this _____ day of February, 2013.
23
24                                              _____
                                                Lloyd D. George
25                                              United States District Judge
26